**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1500**

_____

KATHERINE MOORE; AMY PALACIOS; EDYTA BASISTA,

Plaintiffs - Appellants,

v.

MIKE SILVER, in his individual and official capacities as Training and Services Director for North Carolina Administrative Office of the Courts,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:24-cv-00686-BO-KS)

_____

Submitted:  September 18, 2025                    Decided:  September 22, 2025

_____

Before THACKER and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Katherine Moore, Amy Palacios, Edyta Basista, Appellants Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Katherine Moore, Amy Palacios, and Edyta Basista ("Plaintiffs") appeal the district court's order granting Defendant's motion to dismiss their amended 42 U.S.C. § 1983 complaint and denying their motions for a preliminary injunction. First, we grant Plaintiffs' motion to exceed the length limitations for the informal brief. We have reviewed the record and find no reversible error in the district court's determination that Plaintiffs lacked standing to pursue their claims against Defendant and failed to state a claim for relief. Accordingly, we deny the motion for a severance and to expedite and affirm the district court's judgment. *Moore v. Silver*, No. 5:24-cv-00686-BO-KS (E.D.N.C. Apr. 25, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*